IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TALEO CORPORATION, <br><br> Defendant. | C. A. No.: _____ |

**PLAINTIFF'S RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Kenexa Technology, Inc., by its undersigned counsel, states that its parent corporation is Kenexa Corporation, which is a publicly held corporation.

OF COUNSEL:

Matthew B. Lowrie
Robert J. Silverman
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142
(617) 395-7000

Dated: June 25, 2008

/s/ 
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton and Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiff*
*KENEXA TECHNOLOGY, INC.*

RLF1-3296588-1