# United States District Court

District Of Delaware

KENEXA TECHNOLOGY, INC.,                    )
                                            )
                                            )
          Plaintiff,                        )
                                            )          Civil Action No.          08-387
v.                                          )
                                            )
                                            )
TALEO CORPORATION,                          )
                                            )
                                            )
          Defendant.                        )
                                            )

### SUMMONS IN A CIVIL ACTION

TO:       Taleo Corporation
          c/o The Corporation Trust Company
          Corporation Trust Center
          1209 Orange Street
          Wilmington, DE   19801

A lawsuit has been filed against you.

Within (20) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> **Frederick L. Cottrell, III, Esquire**
> **Richards, Layton & Finger**
> **One Rodney Square, 920 N. King Street**
> **Wilmington, DE 19899**
> **(302) 651-7700**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

## PETER T. DALLEO

_____
Name of Clerk of Court

Date:_____6/26/08_____          _____
                               Deputy Clerk's Signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*
RLF1-3296527-1

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE<br>7/3/08 |
|---|---|

| NAME OF SERVER (PPJNT)<br>BARRY EVELAND | TITLE<br>SPECIAL PROCESS SERVER |
|---|---|

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

☒  Other (specify):  SERVED: TALEO CORPORATION C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE  COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/3/08
_____
Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.