

Frederick L. Cottrell, III
Director
302-651-7509
Cottrell@rlf.com

July 14, 2008

**VIA E-FILING**

The Honorable Gregory M. Sleet
Chief Judge
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    <u>*Kenexa Technology, Inc. v. Taleo Corporation*, C.A. No. 08-387-GMS</u>

Dear Chief Judge Sleet:

    The above captioned action was recently assigned to Your Honor. After reviewing the docket, I wanted to alert the Court that the docket does not reflect the fact that the above-captioned matter is related to another matter currently pending in the Court. The related matter is *Kenexa BrassRing Inc. v. Taleo Corporation*, C.A. No. 07-521-SLR. While this was noted on the Civil Cover Sheet when the second action was filed, it is not reflected on the docket so we wanted to bring this to the Court's attention. Kenexa believes it would be most efficient for one Judge to handle both actions, either Your Honor or Judge Robinson.

    If Your Honor has any questions regarding the foregoing, counsel is available at the Court's convenience.

                                                 Respectfully,

                                               Frederick L. Cottrell, III

FLC,III/afg

cc:    Honorable Sue L. Robinson (via hand delivery)
         Jack B. Blumenfeld, Esq. (via hand delivery)