IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENEXA TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-387 (SLR) |
| | ) | |
| TALEO CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### TALEO CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Defendant, Taleo Corporation ("Taleo"), files this Corporate Disclosure Statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and states as follows:

1. Taleo does not have a parent corporation.

2. T. Rowe Price holds 10% or more of Taleo's stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

_____
Jack B. Blumenfeld (#1014)
Thomas C. Grimm (#1098)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
jparrett@mnat.com
*Attorneys for Defendant*

OF COUNSEL:

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
(214) 978-3000

July 23, 2008
2421614

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2008 I electronically filed the foregoing document, which will send notification to all registered participants.

I also certify that copies were caused to be served on July 23, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL
and HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Steven J. Fineman, Esquire
Kelly E. Farnan, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**BY ELECTRONIC MAIL**

Matthew B. Lowrie, Esquire
Robert J. Silverman, Esquire
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)

2421614