## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KENEXA TECHNOLOGY, INC.,

        Plaintiff

v.

TALEO CORPORATION,

        Defendant.

Civil Action No.: 08- 387-SLR

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 29, 2008, true and correct copies of Kenexa

Technology, Inc.'s First Set of Interrogatories and First Set of Requests for the Production of

Documents and Things were caused to be served on counsel below as noted:

**Via Electronic Mail and Hand Delivery**

Thomas C. Grimm
Morris, Nichols, Arst & Tunnell, LLP
1201 North Market Street
P.O Box 1347
Wilmington, DE   19899

**Via Electronic Mail**

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
Baker & McKenzie, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

OF COUNSEL:

Matthew B. Lowrie
Robert J. Silverman
Lowrie, Lando & Anastasi, LLP
One Main Street, Eleventh Floor
Cambridge, MA 02142

Dated:  September 2, 2008

Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
cottrell@rlf.com
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware  19801
(302) 651-7700

*Attorneys for Plaintiff*
*Kenexa Technology, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

**BY HAND DELIVERY**

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE   19899

**BY ELECTRONIC MAIL**

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
Baker & McKenzie, LLP
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

Steven J. Fineman (#4025)
Fineman@rlf.com