IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-387 (SLR) |
| ) | |
| TALEO CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Taleo Corporation's First Set of Interrogatories to Kenexa Technology, Inc.* were caused to be served on August 28, 2008, upon the following in the manner indicated:

### BY E-MAIL & FIRST CLASS MAIL

Frederick L. Cottrell, III
Steven J. Fineman
Kelly E. Farnan
Sarah R. Stafford
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

### BY E-MAIL

Matthew B. Lowrie
Robert J. Silverman
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA  02142

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Thomas C. Grimm* |
|  | Jack B. Blumenfeld (#1014)<br>Thomas C. Grimm (#1098)<br>James W. Parrett, Jr. (#4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>tgrimm@mnat.com<br>jparrett@mnat.com<br>*Attorneys for Defendant* |

OF COUNSEL:

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
(214) 978-3000

September 3, 2008
2471541

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 3, 2008 upon the following individuals in the manner indicated:

| BY E-MAIL | BY E-MAIL |
|---|---|
| Frederick L. Cottrell, III<br>Steven J. Fineman<br>Kelly E. Farnan<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Matthew B. Lowrie<br>Robert J. Silverman<br>LOWRIE, LANDO & ANASTASI, LLP<br>Riverfront Office Park<br>One Main Street – 11th Floor<br>Cambridge, MA 02142 |

/s/ *Thomas C. Grimm*

_____
Thomas C. Grimm (#1098)

2471541